**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA     :    No. 6 MM 2022
                      :
                      :
          v.                    :
                      :
                      :
THOMAS H. UNGARD JR.          :
                      :
                      :
PETITION OF: JULIAN G. ALLATT,     :
ESQUIRE                           :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 11th day of May, 2022, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Lycoming County to determine whether Attorney Julian G. Allatt should be permitted to withdraw as counsel.  In the event the common pleas court permits Attorney Allatt to withdraw, the court shall determine whether Thomas H. Ungard Jr. should be granted leave to proceed *pro se*.

     The Court of Common Pleas of Lycoming County is DIRECTED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.